**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Sandra M. Marino** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

Social Security number or ITIN   xxx–xx–4201
EIN  _ _–_ _ _ _ _ _ _

Social Security number or ITIN  _ _ _ _
EIN  _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   22–20283–CMB

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sandra M. Marino

6/15/22

**By the court:** <u>Carlota M. Bohm</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 22-20283-CMB

Sandra M. Marino                                                                                Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: admin                              Page 1 of 4

Date Rcvd: Jun 15, 2022                       Form ID: 318                            Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Sandra M. Marino, 408 Stratmore Avenue, Pittsburgh, PA 15205-3522 |
| 15455497 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15455503 | + | Capital One Bank/Kohls, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15455505 | | City of Pittsburgh EMS, PO Box 18210, Pittsburgh, PA 15236-0210 |
| 15455506 | + | City of Pittsburgh EMS, PO Box 2480, Pittsburgh, PA 15230-2480 |
| 15455517 | | HVMG, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15455515 | | Heritage Valley Kennedy, PO Box 536730, Pittsburgh, PA 15253-5909 |
| 15455516 | | High Field Imaging, 995 Greentree Road, Pittsburgh, PA 15220-3242 |
| 15455521 | + | MedCare Equipmet Company, SIMM Associates, PO Box 7526, Newark, DE 19714-7526 |
| 15455519 | + | Medcare Equipment Company, LLC, 501 W. Otterman Street, Suite C, Greensburg, PA 15601-2126 |
| 15455522 | + | MidAmerica Bank & Trust Company, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 15455526 | | Ohio Valley Hospital/HVHS, PO Box 72584, Cleveland, OH 44192-0002 |
| 15455532 | | Sewickely Foot and Ankle P.C., 1099 Ohio River Blvd, Sewickley, PA 15143-2056 |
| 15455533 | | St Clair Emergency Medicine, c/o Collection Service Center, Inc., 839 5th Avenue, PO Box 560, New Kensington, PA 15068-0560 |
| 15455534 | | St. Clair Medical Services, Patient Bill Processing Center, PO Box 5257, New York, NY 10008-5257 |
| 15455543 | + | The Dentistry of Greensburg, 300 Fleet Street, Suite, West Mifflin, PA 15220-2921 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| tr | + | EDI: QNLCARDIELLO.COM | Jun 16 2022 03:48:00 | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| smg | | EDI: PENNDEPTREV | Jun 16 2022 03:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 16 2022 03:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 23:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Jun 15 2022 23:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | EDI: RECOVERYCORP.COM | Jun 16 2022 03:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| cr | + Email/Text: ebnpeoples@grblaw.com | | |
|---|---|---|---|
| | | Jun 15 2022 23:45:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15455499 | + EDI: GMACFS.COM | Jun 16 2022 03:48:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15455498 | + EDI: GMACFS.COM | Jun 16 2022 03:48:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15455504 | Email/Text: bankruptcy@cavps.com | Jun 15 2022 23:45:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 15455500 | + EDI: CAPITALONE.COM | Jun 16 2022 03:48:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15455502 | + EDI: CAPITALONE.COM | Jun 16 2022 03:48:00 | Capital One Bank, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15455505 | + Email/Text: bankruptcy@cavps.com | Jun 15 2022 23:45:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15455508 | + EDI: WFNNB.COM | Jun 16 2022 03:48:00 | Comenity Bank/Gander Mountain, Po Box 182789, Columbus, OH 43218-2789 |
| 15455509 | + EDI: WFNNB.COM | Jun 16 2022 03:48:00 | Comenity Bank/gndrmtmc, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15455510 | + EDI: CCUSA.COM | Jun 16 2022 03:48:00 | Credit Collections U.S.A., L.L.C., 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15455511 | Email/PDF: creditonebknotifications@resurgent.com | Jun 15 2022 23:52:13 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15455512 | Email/PDF: creditonebknotifications@resurgent.com | Jun 15 2022 23:52:13 | Credit One Bank, N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 15455513 | + EDI: AMINFOFP.COM | Jun 16 2022 03:48:00 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 15455514 | + Email/Text: crdept@na.firstsource.com | Jun 15 2022 23:45:00 | First Source Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15455518 | EDI: IRS.COM | Jun 16 2022 03:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15455520 | + Email/PDF: clerical@simmassociates.com | Jun 15 2022 23:52:26 | MedCare Equipmet Company, c/o SIMM Associates, 800 Pencader Drive, Newark, DE 19702-3354 |
| 15455524 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 23:45:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15455525 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 23:45:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15455527 | + Email/Text: paparalegals@pandf.us | Jun 15 2022 23:46:00 | Patenaude & Felix, 501 Corporate Drive, Southpointe- Suite 205, Attn: Gregg L. Morris, Esquire, Canonsburg, PA 15317-8584 |
| 15455528 | + EDI: RMSC.COM | Jun 16 2022 03:48:00 | Paypal Credit/Bill Me Later, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 15455530 | + Email/Text: bankruptcyteam@quickenloans.com | Jun 15 2022 23:45:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15455529 | + Email/Text: bankruptcyteam@quickenloans.com | Jun 15 2022 23:45:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15455531 | + EDI: PINNACLE.COM | Jun 16 2022 03:48:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 15455798 | + EDI: RMSC.COM | Jun 16 2022 03:48:00 | Synchrony Bank, c/o of PRA Receivables |

|  |  |  |  | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|---|
| 15455537 | + | EDI: RMSC.COM |  |  |
|  |  |  | Jun 16 2022 03:48:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15455536 | + | EDI: RMSC.COM |  |  |
|  |  |  | Jun 16 2022 03:48:00 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15455535 | + | EDI: RMSC.COM |  |  |
|  |  |  | Jun 16 2022 03:48:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15455542 | + | EDI: WTRRNBANK.COM |  |  |
|  |  |  | Jun 16 2022 03:48:00 | TD Bank USA, N.A., Po Box 673, Minneapolis, MN 55440-0673 |
| 15455539 | + | EDI: WTRRNBANK.COM |  |  |
|  |  |  | Jun 16 2022 03:48:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15455541 | + | EDI: WTRRNBANK.COM |  |  |
|  |  |  | Jun 16 2022 03:48:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15455544 | + | Email/Text: bankruptcydepartment@tsico.com |  |  |
|  |  |  | Jun 15 2022 23:46:00 | Transworld Systems Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15455501 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15455538 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15455540 | *+ | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15455523 | ##+ | MidAmerica Bank & Trust Company, Attn: Bankruptcy, 216 West Second St, Dixon, MO 65459-8048 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 17, 2022                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Sandra M. Marino chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |

District/off: 0315-2                          User: admin                                    Page 4 of 4
Date Rcvd: Jun 15, 2022                       Form ID: 318                                 Total Noticed: 52

Natalie Lutz Cardiello
                          ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
                          on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com


TOTAL: 6